

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 24, 2026

**<u>BY ECF</u>**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



      Re:      *United States v. Respress et al., 26 Cr. 262 (KPF)*

Dear Judge Failla:

The Government writes to respectfully request that time from now until the July 6, 2026 arraignment and initial conference in this matter be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendants in a speedy trial, as the proposed exclusion will allow the Government time to begin assembling discovery and will allow the parties time to discuss a pre-trial resolution of this matter.

Defense counsel for each of the defendants has informed the Government they consent to this request.

      Respectfully submitted,

      JAY CLAYTON
      Acting United States Attorney

By:      _____
      Ariana L. Bloom
      Assistant United States Attorney
      Southern District of New York
      (212) 637-2578

cc:      Counsel of Record (by ECF)

The Defendants in the above case shall appear for an arraignment and initial conference on **July 6, 2026,** at **3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

It is further ORDERED that, given the Government's above request and the Defendants' consent, time is excluded under the Speedy Trial Act between **June 24, 2026,** and **July 6, 2026.**  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit the Government to assemble discovery and will allow the parties to consider a pre-trial disposition.

The Clerk of Court is directed to terminate the pending motion at docket entry 21.  In addition, the Clerk of Court is directed to correct the spelling of Mr. Robinson's first name to "Quazeak," and Mr. Reed's first name to "Daveon" on the docket.

Dated:    June 24, 2026        SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE